**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

WILLIE M. HARRIS,

Petitioner

v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

Respondent

: No. 111 WM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the "Application for Leave to File a Response to the 'Corrected Order'" are DENIED.